United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LORICIA DAVIS, | Case No. 20-cv-09366-TSH |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| COOK GROUP, INC., et al., | |
| Defendants. | |

Plaintiff Loricia Davis filed this case on December 28, 2020, but there is no indication that any of the named defendants have been served. "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Further, on March 26, 2021, the Court ordered Davis to file a status report, but no response has been received. A court may dismiss a case "[i]f the plaintiff fails to prosecute or to comply with . . . a court order." Fed. R. Civ. P. 41(b). Accordingly, the Court **ORDERS** Davis to show cause, in writing and no later than April 22, 2021, why this case should not be dismissed for failure to prosecute and failure serve within the time required by Rule 4(m). <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will likely be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 6, 2021

THOMAS S. HIXSON
United States Magistrate Judge